1  BENJAMIN B. WAGNER
   United States Attorney
2  JEREMY J. KELLEY
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>         v.<br><br>IVAN LOUIS SEBASTIAN RAMIREZ,<br><br>                  Defendant. | CASE NO. 2:16-MJ-00003<br><br>FINDINGS AND ORDER EXTENDING TIME FOR PRELIMINARY HEARING PURSUANT TO RULE 5.1(d) AND EXCLUDING TIME<br><br>DATE: March 25, 2016<br>TIME: 2:00 p.m.<br>COURT: Hon. Kendall J. Newman |
|---|---|

The Court has read and considered the Stipulation for Extension of Time for Preliminary Hearing Pursuant to Rule 5.1(d) and Exclusion of Time, filed by the parties in this matter on March 17, 2016. The Court hereby finds that the Stipulation and parties' representations, which this Court incorporates by reference into this Order, demonstrate good cause for an extension of time for the preliminary hearing date pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure.

Furthermore, for the reasons set forth by the parties, the Court finds that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). The Court further finds that the extension of time would not adversely affect the public interest in the prompt disposition of criminal cases.

///

///

[PROPOSED] FINDINGS AND ORDER          1

THEREFORE, FOR GOOD CAUSE SHOWN:

    1. The date of the preliminary hearing is extended to May 6, 2016, at 2:00 p.m.

    2. The time between March 25, 2016, and May 6, 2016, shall be excluded from calculation pursuant to 18 U.S.C. § 3161(h)(7)(A).

    3. Defendant shall appear at that date and time before the Magistrate Judge on duty.

    IT IS SO ORDERED.

Dated:  March 17, 2016

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

[PROPOSED] FINDINGS AND ORDER    2