HEATHER E. WILLIAMS, #122664
Federal Defender
NOA E. OREN, #297100
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700
Noa_Oren@fd.org

Attorneys for Defendant
IVAN LOUIS SEBASTIAN RAMIREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:16-mj-0003 EFB |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO CONTINUE PRELIMINARY HEARING |
| v. | Date: May 6, 2016 |
| IVAN LOUIS SEBASTIAN RAMIREZ, | Time: 2:00 p.m. |
| Defendant. | Judge: Hon. Edmund F. Brennan |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Jeremy Kelley, Assistant United States Attorney, attorney for Plaintiff, and Noa E. Oren, attorney for Ivan Louis Sebastian Ramirez, that:

1. The Complaint in this case was filed on January 6, 2016. Defendant appeared before Honorable Carolyn K. Delaney on February 1, 2016.

2. By a previous stipulations, the parties jointly waived a prompt preliminary hearing date and set a preliminary hearing for March 25, 2016, and then from March 25, 2016 to May 6, 2016 at 2:00 p.m., before the duty Magistrate Judge, pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure

3. By this stipulation, the parties jointly move for an extension of time of the preliminary hearing date to June 24, 2016, at 2:00 p.m., before the duty Magistrate

Judge, pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure. The parties stipulate that the delay is required to allow the defense reasonable time for preparation and for the government's continuing investigation of the case. The parties further agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

4. The parties further agree that good cause exists for the extension of time, and that the extension of time would not adversely affect the public interest in the prompt disposition of criminal cases. Therefore, the parties request that the time between May 6, 2016, and June 24, 2016, be excluded pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T-4.

IT IS SO STIPULATED.

DATED: May 2, 2016              HEATHER E. WILLIAMS
                                Federal Defender

                                */s/ Noa E. Oren*
                                NOA E. OREN
                                Assistant Federal Defender
                                Attorney for IVAN LOUIS RAMIREZ

DATED: May 2, 2016              BENJAMIN B. WAGNER
                                United States Attorney

                                */s/ Jeremy J. Kelley*
                                JEREMY J. KELLEY
                                Assistant U.S. Attorney
                                Attorney for PLAINTIFF

**O R D E R**

The Court has read and considered the Stipulation for Extension of Time for Preliminary Hearing Pursuant to Rule 5.1(d) and Exclusion of Time, filed by the parties in this matter on May 2, 2016. The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates good cause for an extension of time for the preliminary hearing date pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure.

Furthermore, for the reasons set forth in the parties' stipulation, the Court finds that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T-4. The Court further finds that the extension of time would not adversely affect the public interest in the prompt disposition of criminal cases.

THEREFORE, FOR GOOD CAUSE SHOWN:

1. The preliminary hearing is continued to June 24, 2016, at 2:00 p.m.

2. The time between May 6, 2016, and June 24, 2016, shall be excluded from calculation pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T-4.

3. Defendant shall appear at that date and time before the Magistrate Judge on duty.

IT IS SO ORDERED.

DATED: May 2, 2016

_____
HON. EDMUND F. BRENNAN
United States Magistrate Judge